IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | 2:14-CR-0092 |
| ALBERTO MENDEZ BERNAL | § | |

## ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION, and DENYING DEFENDANT'S MOTION TO SUPPRESS

On February 13, 2015, the United States Magistrate Judge entered a Report and Recommendation recommending therein that the motion to suppress filed by defendant ALBERTO MENDEZ BERNAL be denied. On February 18, 2015, defendant filed objections to the Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case. Defendant's objections are hereby OVERRULED, and the Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the motion to suppress filed by defendant is DENIED.

IT IS SO ORDERED.

ENTERED this 19th day of February 2015.

MARY LOU ROBINSON
UNITED STATES DISTRICT